# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| CLAY CALDWELL, | : | No. 248 WAL 2021 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| THE DEPARTMENT OF CORRECTIONS, | : | |
| JEFFREY A. BEARD, LOUIS FOLINO, | : | |
| OFFICER M.A. PRICE, OFFICER | : | |
| GAGNON, OFFICER NORMAN, OFFICER | : | |
| LUKACHYK, OFFICER J. MILLER, | : | |
| OFFICER TOPKA AND OFFICER SOKOL, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 25th day of January, 2022, the Petition for Allowance of Appeal is

**DENIED**.